UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Alexander J. Langiewicz and Loretta Langiewicz,

Plaintiffs,

v.

Acands, Inc., et al.,

Defendants.

Civil 01-2222 JRT

ORDER OF RECUSAL

Pursuant to the provisions of 28 U.S.C. §455(a), the undersigned hereby recuses himself in this matter.

DATED: Dec. 11, 2001.

Franklin L Noel
FRANKLIN L. NOEL
Chief Magistrate Judge

FILED 2001
Richard D. Sletten, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______

Alexander J. Langiewicz, et ux

vs. 01-2222JRT/AJB

AcandS, Inc., et al

The above-entitled matter has been re-assigned to Magistrate Judge Arthur J. Boylan pursuant to an Order of Recusal by Magistrate Judge Noel. Please note the MJ initial change and refer to them when submitting documents to the court for filing. The judge remains the same.